DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHELLE CRISTANIELLO** and **DEBORAH A. FRIEFELD,**
as co-trustees of the **JOINT REVOCABLE LIVING TRUST OF
MICHAEL STAHL** and **CARMEN STAHL,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE COMPANY,**
Appellee.

No. 4D2023-1250

[June 13, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE21-000402.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, and Vyacheslav Borshchukov of Vyacheslav Borshchukov, P.A., Fort Lauderdale, for appellants.

Kristi Bergemann Rothell of Methe & Rothell, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***